# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK NATSUHARA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BANK OF MISSOURI D/B/A OLLO CARD SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,<br><br>    Defendants. | Case No. 8:22-cv-00908-FWS-KES<br><br>**JUDGMENT** |

///
///
///

## JUDGMENT

On September 27, 2023, after full consideration of the papers, evidence, and authorities submitted by the parties, and after hearing oral argument on June 8, 2023, the court granted Defendant Experian Information Solution Inc.'s ("Defendant") Motion for Summary Judgment, (Dkt. 48), on Plaintiff Frank Natsuhara's ("Plaintiff") sole claim for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("Summary Judgment Order"). (Dkt. 65.)

In the Summary Judgment Order, the court ordered Defendant to file a proposed judgment within ten days of the Summary Judgment Order and Plaintiff to file any objections to the proposed judgment ten days later. (Dkt. 65 at 18.) Defendant filed a proposed judgment on October 10, 2023. (Dkt. 68.) Plaintiff did not file any objections to Defendant's proposed judgment. (*See generally* Dkt.)

On December 5, 2023, the parties stipulated to dismiss Defendant Bank of Missouri with prejudice under Federal Rule of Civil Procedure 41(a). (Dkt. 75.) The court granted the parties' stipulation on December 8, 2023. (Dkt. 76.) On March 14, 2024, the court denied Plaintiff's Motion for Reconsideration of the Summary Judgment Order. (Dkt. 79.)

///
///
///

Accordingly, the court **ORDERS** the following:

1. Final judgment is entered in favor of Defendant and against Plaintiff on all claims asserted by Plaintiff against Defendant. Plaintiff shall recover nothing from Defendant.
2. Any motion or application for costs made by Defendant must be filed in compliance with L.R. 54-2, *et seq*.
3. The Clerk is hereby directed to enter Judgment forthwith.

**IT IS SO ORDERED**.

Dated: March 14, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE